UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXANDER JOHNSON,

       Plaintiff,

v.                                    Case No:   2:15-cv-531-FtM-38MRM

KASSAM HOTEL COMPANY, INC.,

       Defendant.

_____/

## ORDER[1]

    This matter comes before the Court on review of Plaintiff's Motion for Summary Judgment (Doc. #28); Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment (Doc. #29); and Plaintiff's Statement of Material Facts in Support of Motion for Summary Judgment (Doc. #30).  The Local Rules of this District provide, in pertinent part:

> In a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, **all of which the movant shall include in a __single__ document not more than twenty-five (25) pages.**

M.D. Fla. R. 3.01(a).  Plaintiff failed to abide by Local Rule 3.01(a)'s single document requirement, and instead filed three separate documents.  Therefore, the Court finds good cause to strike all three filings.  Plaintiff has until Friday, July 1, 2016, to correct this error

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

– i.e., combine these filings into a single document – and file an amended motion for summary judgment.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Motion for Summary Judgment (Doc. #28) is **DENIED without prejudice.**

2. The Clerk is directed to **STRIKE** Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment (Doc. #29) and Plaintiff's Statement of Material Facts in Support of Motion for Summary Judgment (Doc. #30).

3. Plaintiff has until on or before **Friday, July 1, 2016**, to file an amended motion for summary judgment in accordance with this Order.

**DONE** and **ORDERED** in Fort Myers, Florida, this 28th day of June, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record