UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXANDER JOHNSON,

     Plaintiff,

v.                                          Case No:   2:15-cv-531-FtM-38MRM

KASSAM HOTEL COMPANY, INC.,

     Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on review of Defendant's Response to Plaintiff's Amended Motion for Summary Judgment.  (Doc. #37).  The Court strikes, without prejudice, Defendant's Response because it does not comply with the undersigned's procedure on motions for summary judgment.

As of October 14, 2015, each response in opposition to a motion for summary judgment must include a specifically captioned section titled, "Response to Statement of Material Facts."  The opposing party's response must mirror the statement of material facts by admitting and/or denying each of the moving party's assertions in matching numbered paragraphs.  Each denial must set forth a *pinpoint* citation to the record where the fact is disputed.  Although the opposing party's response must correspond with the paragraph scheme used in the statement of material facts, the response need not repeat

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

the text of the moving party's paragraphs.  In deciding a motion for summary judgment, *the Court will deem admitted any fact in the statement of material facts that the opposing party does not specifically controvert, provided the moving party's statement is supported by evidence in the record*.  Additional facts that the party opposing summary judgment contends are material shall be numbered and placed at the end of the opposing party's response and include a *pinpoint* citation to the record where the fact is established. *See* Letter to Counsel Regarding Updates to Policies and Procedures (Oct. 14, 2015) (emphasis added).[2]

Because Defendant's Response fails to mirror and admit/deny Plaintiff's statement of material facts, it must be stricken.  However, because these procedures are less than a year old, the Court will allow Defendant the opportunity to file an amended response in opposition that complies with the Court's procedures on or before July 26, 2016.

Accordingly, it is now

**ORDERED:**

Defendant's Response in Opposition to Plaintiff's Amended Motion for Summary Judgment (Doc. #37) is **STRICKEN without prejudice**.  Defendant may file an amended response in opposition that complies with the Court's procedures on or before **July 26, 2016**.

**DONE** and **ORDERED** in Fort Myers, Florida, this 15th day of July, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[2] *See also* the undersigned's website at http://www.flmd.uscourts.gov/judicialinfo/ftmyers/JgChappell.htm.